1  PHILLIP A. TALBERT
   Acting United States Attorney
2  EMILY SAUVAGEAU
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

**FILED**

Dec 20, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  In the Matter of the Search of:              CASE NO.  2:22-SW-0871 AC
    The computer servers hosting four of Louis
12  Mendonsa's subject accounts operating on Tor
    network websites A, B, C and D               [PROPOSED] ORDER TO UNSEAL SEARCH
13                                               WARRANT AND SEARCH WARRANT
                                                 AFFIDAVIT
14

15      The government's request to unseal the Search Warrant and this case is GRANTED.

16

17  Dated:  December 20, 2022

18                                               _____
                                                 HONORABLE JUDGE JEREMY PETERSON
19                                               U.S. Magistrate Judge